UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JERRY CANKAT,

               Plaintiff,

         - against -

VANILLA CAFÉ PASTRY GARDEN,
CORP.,

               Defendant.
-------------------------------------------------------------- x

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

14 CV 6917 (RJD) (CLP)

DEARIE, District Judge

On July 1, 2016, Magistrate Judge Pollak issued a Report and Recommendation

proposing that the case be dismissed for failure to prosecute, unless the plaintiff filed a motion

for default judgment or stipulation of settlement within 14 days. Plaintiff has filed neither.

Instead, on July 15, 2016, plaintiff filed a "status report," advising that he had not yet served

defendant in compliance with the Court's orders. This filing reflects an alarming failure to

prosecute the case, instituted nearly two years ago, and a continuing disregard for the Court's

directives. No objections to the Report and Recommendation have been filed, and the statutory

period to do so has closed. Accordingly, Magistrate Judge Pollak's well-reasoned Report and

Recommendation is adopted, and the action is dismissed with prejudice.

SO ORDERED.


Dated: Brooklyn, New York
       August 24, 2016

                              s/ RJD

                         RAYMOND J. DEARIE
                         United States District Judge